FILED

09 SEP -1 A 10:07

[CLERK U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Scott Cameron McKnight - #136456    CV 09 80200 MISC



**ORDER TO SHOW CAUSE**

It appearing that Scott Cameron McKnight has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Scott Cameron McKnight
Attorney at Law
11100 Montana Avenue
Los Angeles, CA 90049